The Honorable Thomas S. Zilly

FILED ____ ENTERED
LODGED ____ RECEIVED

JUN 07 2002 PM

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CV 01-00235 #00000113

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAINS LLC d/b/a Flying B,  )
                           )
            Plaintiff,     )   No C01-0235Z
                           )
       v                   )   JOINT INSTRUCTIONS
                           )
ARCO PRODUCTS COMPANY, a division of )
Atlantic Richfield Co., a Delaware Corporation, )
                           )
            Defendant.     )

Pursuant to Local Civil Rule 51, the parties submit the following agreed upon Joint Instructions. The parties incorporate the Court's Proposed Instructions by reference, and adopt the Court's Proposed Instruction numbers for additions and changes to the Court's Proposed Instructions.

DATED this 7th day of June, 2002

Davis Wright Tremaine LLP
Attorneys for ARCO Products Company

By _____
Michael Reiss, WSBA # 10707
Holly M. Hearn, WSBA # 26795

FINAL JOINT INSTRUCTIONS - 1
F \DOCS\58382\1\FINAL JOINT INSTRUCTIONS DOC
Seattle

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square  1501 Fourth Avenue
Seattle Washington 98101-1688
(206) 622-3150  Fax (206) 628 7699

Budge & Heipt, P.L.L.C
Attorneys for Bains LLC

By _____
Edwin S. Budge, WSBA # 24182
Erik J. Heipt, WSBA # 28113   *via telephonic approval*

FINAL JOINT INSTRUCTIONS - 2
F \DOCS\58382\1\FINAL JOINT INSTRUCTIONS DOC
Seattle

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square   1501 Fourth Avenue
Seattle Washington 98101-1688
(206) 622-3150   Fax (206) 628-7699

# TABLE OF CONTENTS

| Number | Title | Source | Page No. | Party Proposing |
|---|---|---|---|---|
| 11 | Breach of Contract – Elements and Burden of Proof | Calif. Model Jury Instructions 10.85 (introductory paragraph slightly modified for clarity) | 4 | Both |
| 20 | Jury to Use Only Official English Translation | 9th Cir. Civil Jury Instr. 3.4 (2001). | 5 | Both |
| 21 | Use of Interrogatories of a Party | 9th Cir. Model Jury Instr. 2.13 (2001). | 6 | Both |
| 22 | Distinct Race | *Jatoi v. Hurst-Euless-Bedford Hospital Auth.*, 8907 F.2d 1215 (5th Cir. 1987) | 7 | Both |

FINAL JOINT INSTRUCTIONS - 3
F \DOCS\58382\1\FINAL JOINT INSTRUCTIONS DOC
Seattle

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square   1501 Fourth Avenue
Seattle Washington 98101 1688
(206) 622-3150   Fax (206) 628-7699

# INSTRUCTION NO. 11

## BREACH OF CONTRACT – ELEMENTS AND BURDEN OF PROOF

The plaintiff Flying B seeks to recover damages based upon a claim of breach of contract. An unjustified failure to perform a contract is a breach. Plaintiff has the burden of proving by a preponderance of the evidence the essential elements of this claim, which are:

(1) The existence of a contract between the parties;

(2) Plaintiff's performance;

(3) Defendant's unjustified failure to perform; and

(4) Damages to plaintiff caused by the breach.

1 Cal. Jury Instr. – Civ 10.85 (9th ed.) (introductory paragraph slightly modified for clarity).

FINAL JOINT INSTRUCTIONS - 4
F:\DOCS\58382\1\FINAL JOINT INSTRUCTIONS DOC
Seattle

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square   1501 Fourth Avenue
Seattle Washington 98101-1688
(206) 622-3150   Fax (206) 628-7699

## INSTRUCTION NO. 20

## JURY TO USE ONLY OFFICIAL ENGLISH TRANSLATION

The language of Punjabi has been used by some witnesses at various times during this trial.

The evidence you are to consider is only that provided through the official court interpreter. Although some of you many know Punjabi, it is important that all jurors consider the same evidence. Therefore, you must base your decision on the evidence presented in the English interpretation. You must disregard any different meaning

9th Cir. Civil Jury Instr. 3.4 (2001)

FINAL JOINT INSTRUCTIONS - 5
F:\DOCS\58382\1\FINAL JOINT INSTRUCTIONS.DOC
Seattle

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square   1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150   Fax (206) 628-7699

# INSTRUCTION NO. 21

## USE OF INTERROGATORIES OF A PARTY

Testimony is now to be presented to you in the form of answers of the defendant to written interrogatories by the plaintiff. These answers have been given in writing and under oath, before the actual trial, in response to questions which were submitted in writing under established court procedures. The answers are entitled to the same consideration and are to be judged as to credibility and weighed and otherwise considered by you in so far as possible, as if the answers were made from the witness stand.

9th Cir. Model Jury Instr. 2.13 (2001)

FINAL JOINT INSTRUCTIONS - 6
F:\DOCS\58382\1\FINAL JOINT INSTRUCTIONS DOC
Seattle

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square   1501 Fourth Avenue
Seattle Washington 98101-1688
(206) 622-3150   Fax (206) 628-7699

# INSTRUCTION NO. 22
## DISTINCT RACE

For purposes of the federal law that prohibits discrimination in contracting the law recognizes East Indians as a distinct race.

*Jatoi v. Hurst-Euless-Bedford Hospital Auth*, 807 F.2d 1215 (5th Cir. 1987).

FINAL JOINT INSTRUCTIONS - 7
F \DOCS\58382\1\FINAL JOINT INSTRUCTIONS DOC
Seattle

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square   1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150   Fax (206) 628-7699

The Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAINS LLC d/b/a Flying B,<br><br>    Plaintiff,<br><br>v.<br><br>ARCO PRODUCTS COMPANY, a division of Atlantic Richfield Co., a Delaware Company,<br><br>    Defendant | No C01-0235Z<br><br>CERTIFICATE OF SERVICE |

    The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the state of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein

    On this date I caused to be served in the manner noted below a copy of the documents entitled: **JOINT INSTRUCTIONS**, on the following counsel of record:

    Edwin S. Budge, Esq.
    Budge & Heipt, P L L C.
    705 Second Avenue, Suite 910
    Seattle, WA 98104

CERTIFICATE OF SERVICE — 1
(C01-0235Z)
F:\DOCS\58382\1\CERTIFICATE OF SERVICE (JOINT INSTRUCTIONS) DOC
Seattle

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square   1501 Fourth Avenue
Seattle Washington 98101-1688
(206) 622-3150   Fax (206) 628-7699

BY:

[ ] U.S MAIL
[X] **HAND DELIVERED VIA ABC LEGAL MESSENGER SERVICE**
[ ] OVERNIGHT MAIL
[ ] FACSIMILE

Dated this _____ day of June, 2002, at Seattle, Washington.

_Margaret C. Sinnott_
Margaret C. Sinnott
CERTIFICATE OF SERVICE — 2
(C01-0235Z)
F\DOCS\58382\1\CERTIFICATE OF SERVICE (JOINT INSTRUCTIONS) DOC
Seattle
Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square   1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622 3150   Fax (206) 628-7699