FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 18 2002

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAINS LLC d/b/a Flying B,<br><br>    Plaintiff,<br><br>v.<br><br>ARCO PRODUCTS COMPANY, a division of Atlantic Richfield Co., a Delaware Corporation,<br><br>    Defendant. | NO. C01-235Z<br><br>VERDICT |

WE, THE JURY, answer the following questions as follows:

Question No. 1

Do you find for the plaintiff on its first claim under federal law?

Answer No. 1

   __X__ Yes            _____ No

If you answered Question No. 1 yes, answer Questions 2 and 3. If you answered Question No. 1 no, please proceed to Question No. 4.

Question No. 2

What amount of economic or nominal damages do you award plaintiff on its first claim?

Answer No. 2

$ __1 Dollar__

Question No. 3

What amount of punitive damages, if any, do you award plaintiff on its first claim?

Answer No. 3

$ __5 Million__

Question No. 4

Do you find for the plaintiff on its second claim under state law?

Answer No. 4

__X__ Yes      _____ No

If you answered Question No. 4 yes, answer Question No. 5. If you answered Question No. 4 no, sign and date the verdict form.

Question No. 5

What amount of economic damages do you award plaintiff on its second claim?

$ ~~22,000~~ Dollars
50,000

DATED this  18  day of  June , 2002.

Kennedy M McGill
Presiding Juror