The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAINS LLC d/b/a Flying B,

    Plaintiff,

v.

ARCO PRODUCTS COMPANY, a division of Atlantic Richfield Co.

    Defendants,

NO. C01-0235Z

PLAINTIFF'S RESPONSE TO SEPTEMBER 13, 2005 MINUTE ORDER

This case is before the Court on remand from the United States Court of Appeals for the Ninth Circuit. By minute order of September 13, 2005, this Court ordered plaintiff to submit notice of whether it elects a new trial or remittitur of the punitive damages award to an amount between $300,000 and $450,000. This Court issued its minute order pursuant to the Ninth Circuit's April 19, 2005 opinion in this case.

PLAINTIFF'S RESPONSE TO
SEPTEMBER 13, 2005 MINUTE ORDER - 1
flyingb.responsereremittitur.doc

BUDGE & HEIPT, P.L.L.C.
705 SECOND AVENUE, SUITE 910
SEATTLE, WASHINGTON 98104
(206) 624-3060
(206) 621-7323 (fax)

Plaintiff hereby advises the Court that it does not elect a new trial. With regard to remittitur, plaintiff respectfully submits that the amount of punitive damages should not be remitted below $450,000.

The parties have previously provided extensive briefing on the appropriate amount of punitive damages. This Court upheld the jury's punitive damages award in its entirety. Bains LLC v. ARCO Prods. Co., 220 F. Supp. 2d 1193 (W.D. Wash. 2002). All of the same reasons previously advocated by plaintiff to uphold the punitive award in its entirety, and expressed by this Court in its post-trial decision, justify setting the amount of punitive damages at the maximum amount permitted by the Ninth Circuit's decision. The parties have been fully heard on this issue.

Accordingly, plaintiff requests that judgment be entered remitting the punitive award to $450,000, together with all amounts previously awarded for compensatory damages, nominal damages, attorneys' fees and costs, and interest from the dates of the original judgments.

DATED this 15th day of September, 2005.

_____
Edwin S. Budge, WSBA # 24182
Erik J. Heipt, WSBA # 28113
of Budge & Heipt, P.L.L.C.
Attorneys for Plaintiff

PLAINTIFF'S RESPONSE TO
SEPTEMBER 13, 2005 MINUTE ORDER - 2
flyingb.responsereremittitur.doc

BUDGE & HEIPT, P.L.L.C.
705 SECOND AVENUE, SUITE 910
SEATTLE, WASHINGTON 98104
(206) 624-3060
(206) 621-7323 (fax)