UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAINS LLC d/b/a Flying B,

          Plaintiff,

v.

ARCO PRODUCTS COMPANY,

          Defendant.

No. C01-235Z

ORDER

       The Court received the Ninth Circuit mandate in <u>Bains LLC v. ARCO Products Company</u>, 405 F.3d 764 (9th Cir. 2005), dated September 7, 2005. Thereafter, this Court directed Plaintiff to file a notice of election for either a new trial or acceptance of remittitur reducing the punitive damages to an amount between $300,000 and $450,000. Docket no. 193. On September 15, 2005, Plaintiff elected to accept the remittitur. Docket no. 194. The parties subsequently submitted briefs regarding the appropriate amount of punitive damages within the $300,000 to $450,000 range set by the Ninth Circuit. Docket nos. 195, 197.

       Having considered the opinion of the Ninth Circuit and the briefs of both parties, the Court hereby Orders Plaintiff's punitive damage award reduced to $450,000. For the reasons stated in the Court's Order Denying Defendant's Motion to Set Aside Punitive Damages, docket no. 165, the Court continues to find ample support in the record for a punitive

ORDER 1–

damages award at the high end of the range specified by the Ninth Circuit in Bains. See 405 F.3d at 777. Accordingly, the Clerk is directed to enter an amended Judgment as follows:

(1) The jury having found in favor of plaintiff Bains LLC on its first claim, plaintiff is awarded $1.00 as economic damages, $450,000 in punitive damages, and interest accruing thereon from the date of the original Judgment, June 21, 2002, at 2.13% pursuant to 28 U.S.C. § 1961, against defendant Arco Products Company, a Delaware Corporation.

(2) The jury having found in favor of plaintiff Bains LLC on its second claim, plaintiff is awarded $50,000, and interest accruing thereon from the date of the original Judgment, June 21, 2002, at 2.13% pursuant to 28 U.S.C. § 1961, against defendant Arco Products Company, a Delaware Corporation.

(3) Plaintiff is awarded $402,082.40 in attorney fees and costs as identified in the Court's Order of August 28, 2002, docket no. 166, and interest accruing thereon from the date of the Order at 1.81% pursuant to 28 U.S.C. § 1961, against defendant Arco Products Company, a Delaware Corporation.

(4) Plaintiff is awarded $50,916.36 in supplemental attorney fees and costs as identified in the Court's Order of October 2, 2002, docket no. 174, and interest accruing thereon from the date of the Order at 1.68% pursuant to 28 U.S.C. § 1961, against defendant Arco Products Company, a Delaware Corporation..

IT IS SO ORDERED.

DATED this 13th day of October, 2005.

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

ORDER 2–